UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 21-00711-JLS (JDEx) | Date | August 2, 2021 |
|---|---|---|---|
| Title | Yong Wha Joung et al v. Tracy Renaud, et al | | |

PRESENT:

**HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present   None Present

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER

This action was filed on April 16, 2021. On July 19, 2021, the Court issued a minute order which ordered Plaintiff to show cause in writing on or before July 23, 2021 why this action should not be dismissed for lack of prosecution [8]. Plaintiff has failed to respond to the Court's Order. Therefore, the Court **ORDERS** that this action is dismissed without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

The Court's Order to Show Cause is hereby DISCHARGED.

Initials of Deputy Clerk   mku